**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 20-1962**

SHAWNTA D. ROYSTER,

Plaintiff - Appellant,

v.

LOUIS DEJOY, Postmaster General; MARY KEARNEY, Postmaster; CARL W. STARLIPER, Supervisor,

Defendants – Appellees,

and

JEFFERSON B. SESSIONS III, former Attorney General; STEPHEN SCHENNING, Acting U.S. Attorney; MEGAN J. BRENNAN, Former Postmaster General,

Defendants.

Appeal from the United States District Court for the District of Maryland, at Baltimore. George L. Russell, III, District Judge. (1:17-cv-02495-GLR)

Submitted: January 15, 2021                    Decided: January 26, 2021

Before NIEMEYER, AGEE, and RICHARDSON, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Shawnta D. Royster, Appellant Pro Se.

_____

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Shawnta D. Royster appeals the district court's order dismissing her employment discrimination complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm substantially for the reasons stated by the district court. *Royster v. DeJoy*, No. 1:17-cv-02495-GLR (D. Md. Sept. 2, 2020). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*